ABRAHAM GOLDINGER, Respondent, *v.* ANNIE BAUMANN, Appellant.

*Goldinger* v. *Baumann*, 176 App. Div. 166, affirmed.

(Argued January 21, 1919; decided February 4, 1919.)

APPEAL from a judgment, entered December 21, 1916, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and directing judgment in favor of plaintiff for the relief demanded in the complaint which alleged that theretofore defendant had entered into a written contract to sell certain real property to plaintiff who thereupon paid a deposit on the purchase price; that by the said contract she agreed to convey the said property free from incumbrances or violations or complaints filed or existing in any municipal department; that at the time for passing title complaints of violation of the Tenement House Law had been filed with the tenement house department whereupon plaintiff refused to accept title and in this

action demanded judgment for the amount of his deposit together with expenses of search. The question at issue was the construction to be placed upon the words "violations and complaints," contained in the contract of sale and furnishing the ground for the refusal of the plaintiff to accept the title tendered by the defendant.

*Arthur Butler Graham, Victor F. Nekarda* and *Howard J. MacLachlan* for appellant.

*Reuben Stone* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Collin, Cuddeback, Hogan, McLaughlin and Crane, JJ.